IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDE SLOAN, | : | |
|     Plaintiff | : | |
| | : | No. 1:23-cv-1122 |
| v. | : | |
| | : | (Judge Rambo) |
| BOP of ALLENWOOD, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 6th day of November 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff Claude Sloan's complaint (Doc. No. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                            s/ Sylvia H. Rambo
                                            United States District Judge